IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILLIAM R. WALTON, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:19-CV-94 (CDL) |
| MICHAEL MAY and MLM ENTERPRISES GROUP, LLC, | * |
| | * |
| Defendants. | |
| | * |

O R D E R

William Walton filed this personal injury action against Michael May and MLM Enterprises Group, LLC.[1] Walton asserts that he was a customer at the Mr. Transmission shop operated by MLM Enterprises Group, LLC and that May, the shop's manager, physically accosted Walton and injured him. May and MLM Enterprises were served with the Complaint, but they did not answer or otherwise respond. The Clerk entered a default on July 22, 2020, and Walton filed a motion for default judgment. That motion (ECF Nos. 19 & 20) is granted.

By their default, May and MLM Enterprises admitted the following allegations in Walton's Complaint:

- Walton was a customer at the Mr. Transmission shop operated by MLM Enterprises. Compl. ¶ 10, ECF No. 3-2.

---

[1] Walton also asserted claims against the Mr. Transmission franchisor, Moran Industries, Inc. The Court previously granted summary judgment in favor of Moran Industries and against Walton. Order (July 8, 2020), ECF No. 18.

- On April 14, 2017, May, the shop's manager, physically accosted Walton, "grabbing him and throwing him against a wall." *Id.*

- Walton "experienced extreme pain from his injuries requiring extensive medical treatment for which he has incurred medical expenses, loss of income and other damages." *Id.* ¶ 11.

The Court held an evidentiary hearing to determine the amount of damages. Based on the evidence presented at that hearing, the Court awards William Walton damages against Michael May and MLM Enterprises Group, LLC as follows:

| | |
|---|---|
| Past medical expenses | $45,000.00 |
| Lost past income from April 14, 2017 to August 31, 2020 | $50,753.42[2] |
| Pain and suffering | $125,000.00 |
| Court costs | $357.38 |
| **Total** | **$221,110.80** |

The Clerk is directed to enter final judgment in favor of William Walton and against Michael May and MLM Enterprises Group, LLC, individually and jointly, in the total amount of $221,110.80 plus post-judgment interest at the legal rate on that amount. The Clerk is also directed to enter final judgment in favor of Moran Industries, Inc. on William Walton's claims against it, with each side to bear its own costs with regard to that claim.

IT IS SO ORDERED, this 1st day of September, 2020.

> s/Clay D. Land
> CLAY D. LAND
> U.S. DISTRICT COURT JUDGE
> MIDDLE DISTRICT OF GEORGIA

---

[2] This amount is based on Walton's testimony that he lost income in the amount of $15,000.00 per year because of the injuries May inflicted.

2